## Commonwealth *v.* Jackson, Appellant.

Submitted November 8, 1971. Before Bell, C. J., Jones, Eagen, O'Brien, Roberts, Pomeroy and Barbieri, JJ.

*Nolan N. Atkinson, Jr.,* for appellant.

*Steven Goldblatt* and *Milton M. Stein,* Assistant District Attorneys, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Opinion Per Curiam, March 20, 1972:
Order affirmed.
Former Mr. Chief Justice Bell and former Mr. Justice Barbieri took no part in the decision of this case.